# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

IN RE:

**Rhonda Stringfellow**

DEBTORS

Case No.: **17-03791**

Chapter 13

## SUMMARY OF AMENDMENTS TO CHAPTER 13 PLAN

Comes now the Debtor(s) in this proceeding and hereby amend(s) the Chapter 13 plan filed on October 6, 2017, as follows:

1. Changes Paragraph 13 as follows:
    (E) Any future modification will provide either for a 100% dividend on unsecured claims or payment of all Debtor(s) projected disposable income for a period of five (5) years beginning on the date the first plan payment is due.

Dated: January 3, 2018

/s/ Rhonda Stringfellow
Debtor

/s/ Angela M. Cooper COOPA9363
Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

I HEREBY certify that I have served a copy of the foregoing upon Daniel B. O'Brien, Chapter 13 Trustee, via the electronic filing system of the U.S. Bankruptcy Court on this 3rd day of January, 2017.

/s/ Angela M. Cooper
Attorney for Debtor